ORDERED.

Dated:  October 28, 2016

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Calvery Services Corp.                                   Case No. 8:16-bk-7075-CPM
                                                         Small Business Case under Chapter 11

      Debtor.

_____/

Calvery Services Corp.,

      Debtor in Possession,

      Plaintiff,

v.                                                       Adv. Pro. No. 8:16-ap-00614-CPM

Yellowstone Capital LLC

      Defendant.

_____/

**ORDER GRANTING MOTION FOR FINAL JUDGMENT BY DEFAULT**

    THIS ADVERSARY PROCEEDING came before the Court upon a Motion for Final Judgment by Default against Yellowstone Capital, LLC (Doc. No. 7) filed by the Plaintiff. The Court

1

having reviewed the file and being otherwise fully advised in the premises finds it is appropriate to grant default judgment, it is hereby

**ORDERED:**

1. The Motion for Final Judgment by Default against Yellowstone Capital LLC is hereby GRANTED.  The Court will enter a separate final judgment.

###

Attorney James W. Elliott is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three (3) days of entry of the order