ORDERED.

Dated: November 30, 2016

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Calvery Services Corp.                           Case No. 8:16-bk-7075-CPM
                                                 Small Business Case under Chapter 11
　　　　Debtor.
_____/

Calvery Services Corp.,

　　　　Debtor in Possession,

　　　　Plaintiff,

v.                                               Adv. Pro. No. 8:16-ap-00614-CPM

Yellowstone Capital LLC

　　　　Defendant.
_____/

**FINAL DEFAULT JUDGMENT**

　　　　THIS ADVERSARY PROCEEDING came on for consideration of the Motion for Final Judgment by Default against Yellowstone Capital LLC (Doc. No. 7) filed by the Plaintiff.

1

The Court having entered an Order Granting the Motion for Final Judgment by Default (Doc. No. 9) finds it is appropriate to enter a default final judgment. Accordingly, it is

**ORDERED:**

1. Final Default Judgment is hereby entered in favor of the Plaintiff, Calvery Services Corp., and against the Defendant, Yellowstone Capital, LLC; and

2. The writ of garnishment and resulting Lien on Debtor's bank accounts constitutes an avoidable transfer and said garnishment shall be dissolved and Lien shall be avoided as a preferential transfer in conformity with 11 U.S.C. §547(b) of the Bankruptcy Code.

###

Clerk's Office to serve a copy of this judgment on interested parties.